UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CYNDI KING,                          §
                                     §
        Plaintiff,                   §
                                     §
V.                                   §        No. 3:17-cv-2985-B
                                     §
RENEE H. TOLIVER, Magistrate,        §
                                     §
        Defendant.                   §

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in

this case. No objections were filed. The District Court reviewed the proposed findings, conclusions,

and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions,

and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATED: JANUARY 3, 2018.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE